IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARBOR HEALTHCARE SYSTEM, ) | CASE NO.: _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR
RETURN OF PROPERTY AND JUDICIAL INTERVENTION UNDER SEAL**

On this day came to be heard Movant Harbor Healthcare System, L.P.'s ("HHCS") Motion for Leave to File Motion for Return of Property and Judicial Intervention Under Seal (the "Motion").

The premises considered, it is therefore, ORDERED, that the Motion is hereby GRANTED; and it is further ORDERED that HHCS may file its Motion for Return of Property and Judicial Intervention under seal.

Signed this _____ day of _____, 2018.

_____
JUDGE PRESIDING