Case 4:18-cv-03195   Document 63   Filed on 10/06/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARBOR HEALTHCARE SYSTEM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-03195 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Following the Status Conference on October 5th, 2021, IT IS ORDERED THAT:

1. The United States must return to Harbor Healthcare all hard copies of the designated privileged documents obtained from Harbor Healthcare System's Director of Compliance, Eric Sprott. If the documents are electronically stored, the documents must be destroyed, and the Government must confirm destruction of said documents under oath.

2. The United States must provide to Harbor Healthcare and to the Court a list of all privileged documents obtained from Sprott that have been viewed by the Government's Trial Team.

3. The United States must return or destroy any and all records obtained from Sprott than have been "imaged" from his cellular mobile device, with the exception of those images that Harbor Healthcare has agreed are nonprivileged. Any images that have not been reviewed by the United States are to be returned to Harbor Healthcare and/or destroyed.

4. The United States must provide a letter to the Court and to Harbor Healthcare that gives an estimate as to when the above tasks may reasonably be completed.

Signed at Houston, Texas, this 6th day of October, 2021.

Andrew S. Hanen
United States District Judge