# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HARBOR HEALTHCARE SYSTEM,** | § § § | |
| Plaintiff, | § § | Case 4:18-cv-03195 |
| v. | § § | Hon. Andrew S. Hanen |
| **UNITED STATES OF AMERICA,** | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

The Parties wish to report that they have entered into a resolution. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal of this action with prejudice as to all claims, with each party to bear its own costs and attorneys' fees.

Dated: April 14, 2023                                    Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

DANIEL DAVID HU
Chief, Civil Division

By:     */s/ Brad R. Gray*
         Brad R. Gray (Attorney-in-Charge)
         Assistant United States Attorney
         SDTX: 2827958
         SBN: 24097759
         1000 Louisiana, Suite 2300
         Houston, TX 77002
         T: 713.567.9599
         F: 713-718-3300
         Brad.gray@usdoj.gov

         *Counsel for the United States*

By: */s/ Gregory S. Saikin*
Gregory S. Saikin
Texas Bar No. 24051281
S.D. Tex. No. 3099089
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Tel.: 713-646-1399
Email: gsaikin@bakerlaw.com

Edmund W. Searby
Ohio Bar No. 0067455
*Admitted Pro Hac Vice*
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel: 216-443-2545
Email: esearby@porterwright.com

Patrick T. Lewis
Ohio Bar No. 0078314
*Admitted Pro Hac Vice*
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Tel.: 216-621-0200
Email: plewis@bakerlaw.com

*Counsel for Harbor Healthcare System, L.P.*